## LINDA AYRES *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 903 (AC 14739), is denied.

*Linda Ayres*, pro se, in support of the petition.

*Alice Carey*, in opposition.

Decided September 18, 1996